**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Kimchi Korean Restaurant Inc.** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Yook92** | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-4064283** | |
| **4.** | **Debtor's address** | **Principal place of business** **425 Grand Avenue Palisades Park, NJ 07650** Number, Street, City, State & ZIP Code **Bergen** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.yook92.com** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor  **Kimchi Korean Restaurant Inc.**  Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Kimchi Korean Restaurant Inc.**      Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
    Contact name
    Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Kimchi Korean Restaurant Inc.**　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Kimchi Korean Restaurant Inc.**                                    Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 28, 2025**
              MM / DD / YYYY

X **/s/ Jong Young Choi**                                          **Jong Young Choi**
  Signature of authorized representative of debtor                  Printed name

Title   **President and Sole Shareholder**

**18. Signature of attorney**

X **/s/ Stephen B. McNally**                                       Date **October 28, 2025**
  Signature of attorney for debtor                                       MM / DD / YYYY

**Stephen B. McNally**
Printed name

**McNallyLaw, LLC**
Firm name

**93 Main Street**
**Suite 201**
**Newton, NJ 07860**
Number, Street, City, State & ZIP Code

Contact phone   **973-300-4260**         Email address   **steve@mcnallylawllc.com**

**5335 NJ**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Kimchi Korean Restaurant Inc.**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** PO Box 981535 El Paso, TX 79998 | | | Unliquidated | | | $35,168.00 |
| **Arvi Funding, LLC** 101 Chase Avenue Suite 208 Lakewood, NJ 08701 | | | Contingent Unliquidated Disputed | | | $113,112.00 |
| **Ascentium Capital** 23970 Highway 59N Kingwood, TX 77339 | | Kitchen equipment | | $27,885.00 | $5,000.00 | $22,885.00 |
| **Capital One** PO Box 30285 Salt Lake City, UT 84130 | | | | | | $8,572.00 |
| **Chase Ink** PO Box 15298 Wilmington, DE 19850 | | | Unliquidated | | | $43,028.00 |
| **Eusebio Corporation** 314 Margene Court Northvale, NJ 07647 | | | Contingent Unliquidated Disputed | | | $40,000.00 |
| **Extensia Financial, LLC** 4100 Guardian Street Suite 180 Simi Valley, CA 93063 | | | Contingent Unliquidated Disputed | $87,735.00 | $5,000.00 | $82,735.00 |
| **First National Bank of Omaha** PO Box 2340 Omaha, NE 68103 | | | Contingent Unliquidated Disputed | | | $13,237.00 |
| **Forest Capital Group, LLC** 1 East Wacker Drive Suite 2505 Chicago, IL 60601 | | | Contingent Unliquidated Disputed | | | $36,166.00 |

| Debtor | **Kimchi Korean Restaurant Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fox Funding Group, LLC**<br>803 S 21st Avenue<br>Hollywood, FL 33020 | | | Contingent<br>Unliquidated<br>Disputed | | | $162,386.00 |
| **GS Meat Market Corp.**<br>6 Route 5<br>Palisades Park, NJ 07650 | | | | | | $8,093.71 |
| **Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | Contingent<br>Unliquidated<br>Disputed | | | $5,000.00 |
| **Jeewon Park**<br>460A Glen Avenue<br>Palisades Park, NJ 07650 | | Receivables and Inventory | | $70,000.00 | $5,000.00 | $65,000.00 |
| **K Foods, LLC**<br>269 Commercial Avenue<br>Palisades Park, NJ 07650 | | | Unliquidated | | | $29,335.00 |
| **Liquidity Access**<br>25 Melville Park Road<br>Suite 60<br>Melville, NY 11747 | | | Contingent<br>Unliquidated<br>Disputed | | | $250,004.00 |
| **PSE&G**<br>PO Box 14444<br>New Brunswick, NJ 08906 | | | | | | $16,366.48 |
| **Square Advance**<br>7901 4th Street N<br>Suite 300<br>Saint Petersburg, FL 33702 | | | Contingent<br>Unliquidated<br>Disputed | | | $118,398.00 |
| **Strassburger Meats**<br>40 Broad Street<br>PO Box 465<br>Carlstadt, NJ 07072 | | | Unliquidated | | | $46,795.70 |
| **US Bank**<br>PO Box 6353<br>Fargo, ND 58125 | | | Contingent<br>Unliquidated<br>Disputed | | | $30,678.00 |
| **WebBank**<br>333 Summer Street<br>Boston, MA 02210 | | Receivables and Inventory | | $188,432.00 | $25,000.00 | $163,432.00 |

American Express
PO Box 981535
El Paso, TX 79998


Arvi Funding, LLC
101 Chase Avenue
Suite 208
Lakewood, NJ 08701


Ascentium Capital
23970 Highway 59N
Kingwood, TX 77339


Capital One
PO Box 30285
Salt Lake City, UT 84130


Chase Ink
PO Box 15298
Wilmington, DE 19850


Citi Cards
PO Box 790046
Saint Louis, MO 63179


Ecolab, Inc.
1350 Broadway
Suite 1803
New York, NY 10018


Ecolab, Inc.
1350 Broadway
Suite 1803
New York, NY 10018


Eusebio Corporation
314 Margene Court
Northvale, NJ 07647


Eusebio Corporation
314 Margene Court
Northvale, NJ 07647

Extensia Financial, LLC
4100 Guardian Street
Suite 180
Simi Valley, CA 93063


First National Bank of Omaha
PO Box 2340
Omaha, NE 68103


Forest Capital Group, LLC
1 East Wacker Drive
Suite 2505
Chicago, IL 60601


Fox Funding Group, LLC
803 S 21st Avenue
Hollywood, FL 33020


GS Meat Market Corp.
6 Route 5
Palisades Park, NJ 07650


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jeewon Park
460A Glen Avenue
Palisades Park, NJ 07650


K Foods, LLC
269 Commercial Avenue
Palisades Park, NJ 07650


Kapitus, LLC
2500 Wilson Boulevard, Suite 350
Arlington, VA 22201


Liquidity Access
25 Melville Park Road
Suite 60
Melville, NY 11747

```
PSE&G
PO Box 14444
New Brunswick, NJ 08906


Square Advance
7901 4th Street N
Suite 300
Saint Petersburg, FL 33702


State of New Jersey Division of Taxation
50 Barrack Street, 9th Floor
PO Box 245
Trenton, NJ 08646


Strassburger Meats
40 Broad Street
PO Box 465
Carlstadt, NJ 07072


US Bank
PO Box 6353
Fargo, ND 58125


WebBank
333 Summer Street
Boston, MA 02210
```

# United States Bankruptcy Court
## District of New Jersey

In re  **Kimchi Korean Restaurant Inc.**                                    Case No.
                                                    Debtor(s)               Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Kimchi Korean Restaurant Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 28, 2025** | **/s/ Stephen B. McNally** |
| Date | **Stephen B. McNally** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Kimchi Korean Restaurant Inc.** |
| | **McNallyLaw, LLC** |
| | **93 Main Street** |
| | **Suite 201** |
| | **Newton, NJ 07860** |
| | **973-300-4260 Fax:973-300-4264** |
| | **steve@mcnallylawllc.com** |